## EPHRAIM S. SAWYER *v.* JONAS MILLER.

### ON CERTIORARI.

A copy of account containing general charges such as " *amount from day book*" without specifying the particulars of which the amount is composed, is defective.

In matter of Road.

The Court reversed the judgment because the copy of account filed before the justice, by the defendant in whose favor it was rendered, was defective. One of the items of the account was as follows : " Aug. 13, To expenses from Tavern Book, pages 11, 12, 13, 14, 15, $2.24." And most of the items were thus, " Amo't from Day Book."

*Sims* for the plaintiff.